```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 17822
   KENNETH D LEWIS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9763


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/10/2008 and was confirmed 09/10/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG         .00           .00            .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE     1238.00           .00            .00
AMERICAN GENERAL FINANCE  SECURED VEHIC     5824.39         46.54         442.72
ROUNDUP FUNDING LLC       UNSECURED        10735.62           .00            .00
CITIBANK USA NA           UNSECURED         4407.21           .00            .00
GE MONEY BANK             UNSECURED         2492.69           .00            .00
LVNV FUNDING LLC          UNSECURED         1083.43           .00            .00
WELLS FARGO FINANCIAL     UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO WATER DE  SECURED            321.00           .00          15.00
JOHN STROGER HOSPITAL     UNSECURED        NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          828.06           .00            .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       41.50           .00          41.50
CHASE HOME FINANCE        MORTGAGE NOTI    NOT FILED          .00            .00
WELLS FARGO FINANCIAL NA  SECURED NOT I        .00            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,500.00                       492.30
TOM VAUGHN                TRUSTEE                                          81.94
DEBTOR REFUND             REFUND                                             .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               1,120.00

PRIORITY                                      41.50
SECURED                                      457.72
     INTEREST                                 46.54
UNSECURED                                       .00
ADMINISTRATIVE                               492.30
TRUSTEE COMPENSATION                          81.94
DEBTOR REFUND                                   .00
                    ---------------    ---------------
```

             PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 17822 KENNETH D LEWIS

```
TOTALS                              1,120.00            1,120.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/05/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```